**Order entered March 31, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00894-CV

### TEXAS HEALTH AND HUMAN SERVICES COMMISSION, Appellant

### V.

### JOSEPH MCRAE, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-04163**

## ORDER

Appellant's March 30, 2015, motion to supplement its index of authorities to include

*Dallas County Hospital d/b/a Parkland Health and Hospital System v. Constantino*, 2014 WL

3850579 (Tex. App.—Dallas August 7, 2014, no pet.) is **GRANTED**.

/s/      DAVID L. BRIDGES
         PRESIDING JUSTICE